BECKER v. BECKER. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by Caspar Becker against Rosa Becker. No opinion. Motion denied.

BECKER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Jennie T. B. Becker as executrix against the city of New York. L. L. Kellogg, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs.

BELL v. CONSOLIDATED GAS, ETC., CO. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by Ellen Bell, as administratrix, against the Consolidated Gas, etc., Co. :No opinion. Motion for leave to go to the court of appeals granted.

BENEDICT, Respondent, v. CLELAND et al., Appellants. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by Mary A. Benedict against George L. Cleland and others. R. L. Sweezy, for appellants. G. V. Brower, for respondent. No opinion. Judgment affirmed, with costs.

In re BERTSCH. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) In the matter of the application for the revocation of letters testamentary issued to Peter Bertsch as executor of the last will and testament of William Broistedt, deceased. No opinion. Order of the surrogate's court of Kings county affirmed, with $10 costs and disbursements.

BIRRELL v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by Alice Birrell against the New York & Harlem Railroad Company. No opinion. Motion granted.

BLAKE et al., Appellants, v. GERKEN, Respondent. (City Court of New York, General Term. May, 1901.) Appeal from a judgment dismissing the plaintiffs' complaint. Hardy & Shellabarger (Charles J. Hardy, of counsel), for appellants. H. Aplington (J. A. Stitt, of counsel), for respondent.

PER CURIAM. We think the trial justice erred in his dismissal of the complaint. The undisputed evidence was that work was done and materials furnished, for which plaintiffs were entitled to at least nominal compensation. This judgment must be reversed, and a new trial ordered, with costs to appellants to abide event of action. Judgment reversed, and new trial ordered, with costs to appellants to abide event.

BLISS, Respondent, v. SHERRILL, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) Action by Nancy E. Bliss against Charles L. Sherrill, impleaded, etc. No opinion.

PER CURIAM. Judgment affirmed, with costs. Held: Every question presented upon the appeal in this case was determined by this court upon the appeal from the interlocutory judgment, reported in 52 App. Div. 613, 64 N. Y. Supp. 809.

BLUM et al., Respondents, v. BRUGGEMAN, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Henry Blum and another against Aug. M. Bruggeman, impleaded, etc. D. S. Updike, for appellant. E. Arnstein, for respondents.

PER CURIAM. Order reversed, with $10 costs and disbursements, on authority of Blum v. Bruggemann, 58 App. Div. 377, 68 N. Y. Supp. 1065.

LAUGHLIN, J., dissents.

BLUMENAUER et al., Appellants, v. O'CONNOR, Respondent. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by William Blumenauer and another against Bridget O'Connor. J. C. Gulick, for appellants. W. O'Donoghue, for respondent. No opinion. Judgment (66 N. Y. Supp. 137) affirmed, with costs, on the opinion of the court below.

In re BOARD OF STREET OPENINGS. In re MUIR. (Supreme Court, Appellate Division, First Department. June 7, 1901.) In the matter of the board of street openings, and in the matter of Mary G. Muir. No opinion. Motion granted.

In re BOWMAN. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) In the matter of the application of Ralph W. E. Bowman for admission to practice as an attorney and counselor at law. No opinion. Application granted.

BRAZEE v. STEWART. (Supreme Court. Appellate Division, Fourth Department. June 11, 1901.) Action by Isaac Brazee against Alexander Stewart. No opinion. Motion for reargument denied, with $10 costs. See 69 N. Y. Supp. 231.

BRENNAN, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Richard Brennan against the state of New York. No opinion. Judgment unanimously affirmed, without costs.

In re BRILL. (Supreme Court, Appellate Division, First Department. June 21, 1901.) In the matter of Julius Brill, deceased. No opinion. The renunciation must be filed with the surrogate, and accepted, before trustee can be relieved.

BRODERICK v. ARCHIBALD et al. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) Action by Matthew A. Broderick against Merritt L. Archibald and Camille E. Archibald. No opinion. Motion for leave to appeal to the court of appeals denied.